No. 11–5260. GONZALEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–5261. WALLACE, AKA GREEN v. KLOPOTOSKI, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–5262. GRANDBERRY v. HARRY. C. A. 6th Cir. Certiorari denied.

No. 11–5263. FINLEY v. NIXON, GOVERNOR OF MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 11–5264. HAHN v. BAUER ET AL. C. A. 8th Cir. Certiorari denied.

No. 11–5265. GERKEN v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 11–5266. GEER v. NISH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT WAYMART, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–5267. MARTINEZ v. VILLALOBOS ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–5268. LISTMAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–5269. HURDLE v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 11–5270. HATCH v. PARKER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–5271. GLEASON v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 11–5272. INGRIM v. DENNEY, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 11–5273. FOURNERAT v. WISCONSIN LAW REVIEW ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–5274. JOREN v. NAPOLITANO, SECRETARY OF HOMELAND SECURITY. C. A. 7th Cir. Certiorari denied.